# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRYL RIGGINS,** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-00745-CG-B |
| **GRANTT CULLIVER, et al.,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that plaintiff's motion for emergency restraining order is hereby **DENIED**.

**DONE and ORDERED** this 6th day of February, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE