IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRYL RIGGINS, #184051,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 05-00745-CG-B |
| **GRANTT CULLIVER,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 2) be and is hereby **DENIED**. It is further **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 6th day of September, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE